UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS AGUILAR, | CASE NO. CV F 13-0437 LJO GSA |
| Plaintiff, | **ORDER TO DISMISS SINGLE DEFENDANT**<br>(Doc. 21) |
| vs. | |
| FINANCIAL CREDIT NETWORK, INC., | |
| Defendant. | |

Based on the parties' June 18, 2013 stipulation for dismissal under F.R.Civ.P. 41(a)(1)(A)(ii), this Court DISMISSES without prejudice defendant General Motors Company subject to the parties' stipulation and DIRECTS the clerk not to close this action.

IT IS SO ORDERED.

Dated:   **June 18, 2013**               /s/ Lawrence J. O'Neill
                                  UNITED STATES DISTRICT JUDGE

1