GREGORY R. OXFORD (SBN 62333)
ISAACS CLOUSE CROSE & OXFORD LLP
21515 Hawthorne Boulevard, Suite 950
Torrance, California 90503
Telephone: (310) 316-1990
Facsimile: (310) 316-1330
goxford@icclawfirm.com

Attorneys for Defendant
General Motors LLC

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS AGUILAR, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>vs.<br><br>GENERAL MOTORS LLC, a Delaware Limited Liability Company, GENERAL MOTORS COMPANY, a Delaware Corporation,<br><br>Defendants. | Case No. 1:13-CV-00437-LJO-GSA<br><br>**STIPULATION AND ORDER RE CONTINUANCE OF MANDATORY SCHEDULING CONFERENCE**<br><br>**Current Date:** August 14, 2013<br>**Time:** 9:30 a.m.<br>**Courtroom 10**<br>**Hon. Gary S. Austin** |

Whereas, the Mandatory Scheduling Conference in the above-captioned matter is presently set for August 14, 2013;

Whereas, the Court on July 25, 2013 issued its order (1) granting in part and denying in part the motion of defendant General Motors LLC ("GM") to dismiss plaintiff's First Amended Complaint, (2) granting plaintiff leave to file a second amended complaint no later than August 14, 2013, and (3) giving GM twenty days to file a response thereto (no later than September 3, 2013);

Whereas, plaintiff intends to file a second amended complaint and GM intends at present to file another motion to dismiss which the parties have agreed to set for hearing on October 8, 2013 in accordance with Judge O'Neill's law and motion procedures;

\

Whereas, it appears that the pleadings will not be fully at issue until, at the earliest, late October 2013 and therefore the parties agree that their joint report and the scheduling conference would be premature on the dates presently set and that the requested continuance would avoid unnecessary expenditures of time by counsel and the Court given the forthcoming filing of a second amended complaint and motion to dismiss; and

Whereas, the parties have initiated the Rule 26(f) conference so that formal discovery may be propounded and prosecution of this case will not be delayed by a continuance of the Mandatory Scheduling Conference,

**IT IS HEREBY STIPULATED** by and between plaintiff and GM, by and through their undersigned counsel of record, that the Mandatory Scheduling Conference may be set on November 13, 2013 or such other date thereafter as may be convenient to the Court's calendar.

DATED:  August 6, 2013                    CAPSTONE LAW APC

                                           By:    */s/ Jordan L. Lurie*
                                           Attorneys for Plaintiff


DATED:  August  6, 2013                   ISAACS CLOUSE CROSE & OXFORD LLP


                                           By:    */s/ Gregory R. Oxford*
                                           Attorneys for Defendant


## ORDER

Good cause appearing therefor, IT IS HEREBY ORDERED that the Mandatory Scheduling Conference currently set for August 14, 2013 shall be continued to November 13, 2013 at 10:00 a.m. in Courtroom 10.

IT IS SO ORDERED.

Dated: __**August 7, 2013**__                             _____**/s/ Gary S. Austin**_____
                                                                   UNITED STATES MAGISTRATE JUDGE