# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| CHRIS AGUILAR, individually and on behalf of a class of similarly situated individuals,<br><br>        Plaintiff,<br><br>    vs.<br><br>GENERAL MOTORS LLC, a Delaware Limited Liability Company, GENERAL MOTORS COMPANY, a Delaware Corporation,<br><br>        Defendants. | Case No. 1:13-CV-00437-LJO-GSA<br><br>**AMENDED ORDER MODIFYING SCHEDULING ORDER**[1] |

## ORDER

The Court has reviewed the parties' stipulation. The Court adopts and hereby modifies the deadlines in this case as follows:

1. The class certification discovery cut-off date is continued from September 5, 2014, to **June 5, 2015**;

2. The last day to file discovery motions and other non-dispositive motions for hearing by Magistrate Judge Austin is **July 6, 2015**;

3. The date for filing plaintiff's motion for class certification is **September 7, 2015**. Depositions of expert witnesses in support of Plaintiff's motion for class

---

[1] The order modifies the order issued on September 2, 2014 (Doc. 56) to reflect changes in the deadlines for the completion of the depositions of expert witnesses after the filing of the Motion for Class certification pursuant to an e-mail request made by the parties on September 3, 2014.

certification **shall be completed within 21 days after the filing of Plaintiff's motion for class certification;**

      4.    The date for filing defendant's opposition to the motion for class certification is **November 5, 2015.** Depositions of expert witnesses in opposition to Plaintiff's motion for class certification **shall be completed within 21 days after the filing of Defendant's opposition;**

      5.    The date for filing plaintiff's reply to the opposition is **December 7, 2015**;

      6.    The date for the hearing on the motion for class certification before Magistrate Judge Austin will be held on **January 15, 2016 at 10:00 a.m.**

All other orders contained in this Court's scheduling order issued on December 17, 2013 (Doc. 49) remain in full force and effect.

IT IS SO ORDERED.

Dated:   **September 18, 2014**                **/s/ Gary S. Austin**
                                                    UNITED STATES MAGISTRATE JUDGE