JORDAN L. LURIE (SBN 130013)
Jordan.Lurie@capstonelawyers.com
TAREK H. ZOHDY (SBN 247775)
Tarek.Zohdy@capstonelawyers.com
CODY R. PADGETT (SBN 275553)
Cody.Padgett@capstonelawyers.com
CAPSTONE LAW APC
1840 Century Park East, Suite 450
Los Angeles, California 90067
Telephone: (310) 556-4811
Facsimile: (310) 943-0396
Attorneys for Plaintiff Chris Aguilar

GREGORY R. OXFORD (SBN 62333)
goxford@icclawfirm.com
ISAACS CLOUSE CROSE & OXFORD LLP
21515 Hawthorne Boulevard, Suite 950
Torrance, California 90503
Telephone:   (310) 316-1990
Facsimile:   (310) 316-1330
Attorneys for Defendant General Motors LLC

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| CHRIS AGUILAR, individually and on behalf of a class of similarly situated individuals,<br><br>            Plaintiff,<br><br>    vs.<br><br>GENERAL MOTORS LLC, a Delaware Limited Liability Company, GENERAL MOTORS COMPANY, a Delaware Corporation,<br><br>            Defendants. | Case No. 1:13-CV-00437-LJO-GSA<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>**[Rule 41(a)(1)(A)(ii), F.R.Civ.P.]** |

Whereas, this action was brought as a putative class action, and plaintiff Chris Aguilar ("Plaintiff") and defendant General Motors LLC ("GM") are the only parties to have appeared in this case (defendant General Motors Company having previously been dismissed pursuant to stipulation of the parties);

Whereas, following discovery and partial briefing on pertinent legal issues, Plaintiff and GM have reached an individual settlement, and Plaintiff seeks to dismiss his entire complaint;

**IT IS HEREBY STIPULATED**, by and between Plaintiff and GM, by and through their respective counsel of record, pursuant to and in accordance with the terms of Rule 41(a)(1)(A)(ii), that Plaintiff's Second Amended Complaint and the action are hereby dismissed with prejudice.

DATED:   January 21, 2015         JORDAN L. LURIE
                                  TAREK H. ZOHDY
                                  CODY R. PADGETT
                                  CAPSTONE LAW, APC

                                  By:   */s/ Jordan L. Lurie*

                                  Attorneys for Plaintiff
                                  Chris Aguilar

DATED:   January 21, 2015         GREGORY R. OXFORD
                                  ISAACS CLOUSE CROSE & OXFORD LLP

                                  By:   */s/ Gregory R. Oxford*

                                  Attorneys for Defendant
                                  General Motors LLC