UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHRIS AGUILAR,** | 1:13-cv-437-LJO-GSA |
| Plaintiff, | **ORDER RE STIPULATION TO DISMISS (DOC. 58)** |
| v. | |
| **GENERAL MOTORS LLC, et al.,** | |
| Defendants. | |

On January 22, 2015, the parties filed a stipulation to dismiss with prejudice this entire action under Fed. R. Civ. P. 41(a)(1)(A)(ii). Doc. 58 at 1. Based on the parties' stipulation for dismissal under Fed. R. Civ. P. 41(a)(1)(A)(ii), this Court:

1. DISMISSES with prejudice this entire action and all claims;

2. VACATES all pending dates and matters; and

3. DIRECTS the Clerk of Court to close this action.

SO ORDERED
Dated: January 23, 2015

                                                                                        **/s/ Lawrence J. O'Neill**
                                                                                       **United States District Judge**